IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERWIN W. JEFFERSON, III, | |
| Plaintiff, | 4:14CV3240 |
| vs. | |
| NEBRASKA UNICAMERAL LEGISLATURE, in its official capacity as an agent of the State of Nebraska; DOUGLAS COUNTY COURT PROBATE DIVISION, The, in its official capacity as an agent of the State of Nebraska; THOMAS MCQUADE, in his official capacity as Judge and agent of the State of Nebraska; BUSINESS & LABOR COMMITTEE, in its official capacity as an agent of the State of Nebraska; and STEVE LATHROP, in his official capacity as Chairman of the Business & Labor Committee and agent of the State of Nebraska; | ORDER |
| Defendants. | |

This matter is before the Court on plaintiff's motion to reconsider, Filing No. 21, this Court's order, Filing No. 19. Plaintiff reiterates the same arguments as he did in his initial motion. The Court has carefully reviewed the new motion and finds no grounds for reconsideration.

THEREFORE, IT IS ORDERED THAT plaintiff's motion for reconsideration, Filing No. 21, is denied.

Dated this 3rd day of August, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge